1  PHILLIP A. TALBERT
   United States Attorney
2  LEE S. BICKLEY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                   IN THE UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-0235 WBS |
12 |                Plaintiff, | STIPULATION AND ORDER REGARDING SCHEDULING THE WAIVER OF INDICTMENT, ARRAIGNMENT, AND CHANGE OF PLEA |
13 | v.                        | |
14 | GABRIELLA SANTIBANEZ and LISA HAZARD, | DATE: January 23, 2023 |
15 |                Defendants. | TIME: 9:00 a.m. |
16 |                           | COURT: Hon. William B. Shubb |

17

18                         **STIPULATION**

19    Plaintiff United States of America, by and through its counsel of record, and defendants

20 Gabriella Santibanez and Lisa Hazard request the court set the following schedule in this matter:

21   • Waiver of indictment, initial appearance and arraignment: Friday, January 20, 2023, at 2:00 p.m.

22     in front of a magistrate judge; and

23   • Change of plea for both defendants Gabriella Santibanez and Lisa Hazard: Monday, January 23,

24     2023, at 9:00 a.m. in front of this Court.

25   IT IS SO STIPULATED.

26 Dated: December 22, 2022          PHILLIP A. TALBERT
27                                   United States Attorney

28
                                     /s/ LEE S. BICKLEY
   STIPULATION AND ORDER                     1

LEE S. BICKLEY
Assistant United States Attorney

DATE: December 29, 2022          /s/JAMES BELL

Attorney for Gabriella Santibanez and Lisa Hazard

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  January 4, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE