PHILLIP A. TALBERT
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-0235 WBS |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING JUDGMENT AND SENTENCING DATE |
| v. | |
| GABRIELLA SANTIBANEZ, AND LISA HAZARD | DATE: May 1, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. The judgment and sentencing date for Santibanez and Hazard is currently scheduled for May 1, 2023.

2. The parties agree that this date should be vacated, and Santibanez and Hazard's judgment and sentencing date should be rescheduled for August 14, 2023.

3. Defendants and plaintiff adopt the following disclosure schedule for the Pre-Sentence Reports. The Probation Department has approved this schedule.

4. The parties agree and stipulate, and request that the Court adopt the following schedule:

   a) Judgment and Sentencing Date: August 14, 2023 at 9:00 a.m.;

   b) Reply or Statement of No Opposition and Sentencing Memorandum: August 7,

2023;

        c)    Motion for Correction of the Pre-Sentence Reports Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: July 31, 2023;

        d)    The Pre-Sentence Reports Shall be Filed with the Court and Disclosed to Counsel no Later Than: July 17, 2023;

        e)    Counsel's Written Objections to the Pre-Sentence Reports Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than:  July 10, 2023; and

        f)    The Proposed Pre-Sentence Reports Shall be Disclosed to Counsel no Later Than: May 31, 2023.

IT IS SO STIPULATED.

Dated:  April 26, 2023
          PHILLIP A. TALBERT
          United States Attorney

          /s/ LEE S. BICKLEY
          LEE S. BICKLEY
          Assistant United States Attorney

Dated:  April 26, 2023
          /s/JAMES BELL
          JAMES BELL
          Counsel for Defendants
          LISA HAZARD and
          GABRIELLA SANTIBANEZ

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  April 28, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE