1  CHAPMAN LAW GROUP
Summer McKeivier SBN 230605
2  1441 Long Lake Rd., Ste. 310
Troy, MI 48098
3  Telephone (248) 644-6326
Fax (248) 644-6324
4  smckeivier@chapmanlawgroup.com

5  Attorneys for Defendants
GABRIELA SANTIBANEZ
6  LISA HAZARD

7

8
                    **IN THE UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11

12 UNITED STATES OF AMERICA,           )  Case No.: 2:22-cr-0235 WBS
                                       )
       Plaintiff,                      )  STIPULATION AND ORDER TO CONTINUE
13     vs.                             )  SENTENCING DATE
                                       )
14 GABRIELA SANTIBANEZ and             )  DATE:  August 14, 2023
   LISA HAZARD,                        )  TIME:   9:00 am
15                                     )  COURT: Hon. William B. Shubb
       Defendants.                     )
16                                     )

17 _____

18     It is stipulated between Defendants, GABRIELA SANTIBANEZ and LISA HAZARD, by and

19 through their joint counsel of record, Summer McKeivier, and Assistant United States Attorney Lee

20 Bickley, counsel of record for the UNITED STATES OF AMERICA, that the sentencing date currently

21 set for August 14, 2023, be vacated and rescheduled to October 2, 2023.  This continuance is at the

22 request of defense counsel who is new to the case and needs additional time to effectively prepare for

23 sentencing.

24 //

25 //

26 //

27 //

28
                                            1
STIPULATION TO CONTINUE SENTENCING DATE

The final presentence report was filed on July 17, 2023.  The parties agree and stipulate that Defendant's motion for correction shall be filed by September 18, 2023, and the reply or statement of non-opposition shall be due no later than September 25, 2023.

IT IS SO STIPULATED.

CHAPMAN LAW GROUP

Date:  August 8, 2023                    /s/ Summer McKeivier
                                         SUMMER MCKEIVIER
                                         CA Bar #230605
                                         Attorneys for Defendants
                                         Hazard & Santibanez

                                         PHILLIP A. TALBERT
                                         United States Attorney

Date:  August 8, 2023                    /s/ Lee S. Bickley
                                         LEE S. BICKLEY
                                         Assistant United States Attorney

**ORDER**

Good cause having been found, IT IS ORDERED that the sentencing date is continued from August 14, 2023 to October 2, 2023 at 9:00 a.m.

Dated:  August 17, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

STIPULATION TO CONTINUE SENTENCING DATE